UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80104-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**TERRIEL LEONARD HARMON**,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 25]. On November 17, 2021, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled guilty to Counts One, Two, Three and Four of the Indictment [ECF No. 1] pursuant to a written plea agreement and factual proffer [ECF No. 22]. Magistrate Judge Reinhart thereafter issued a Report and Recommendation on Change of Plea [ECF No. 25]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 25] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Terriel Leonard Harmon as to Counts One, Two, Three and Four of the Indictment is **ACCEPTED**;

3. Defendant Terriel Leonard Harmon is adjudicated guilty of Counts One, Two, Three and Four of the Indictment. Count One charges Defendant with distribution of a

CASE NO. 21-80104-CR-CANNON

controlled substance (cocaine), in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C). Counts Two, Three and Four charge Defendant with possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 8th day of December 2021.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record